CHARLES DeSTALL v. STATE.
No. A-1360. Opinion Filed April 18, 1912.
Appeal from Oklahoma County Court;
John W. Hayson, Judge.

Charles DeStall was convicted of a violation of the prohibition law, and appeals. Appeal dismissed.

PER CURIAM. The plaintiff in error was convicted upon an information which charged the unlawful possession of intoxicating liquor with the intent to violate the provisions of the prohibition law. Upon his trial he was found guilty and the jury assessed his punishment at six months' confinement in the county jail and to pay a fine of five hundred dollars. June 14, 1911, judgment and sentence was entered in accordance with the verdict. An appeal from the judgment was attempted to be taken by filing in this court a petition in error with case-made September 8, 1911. The record does not show an order extending the time beyond the statutory time of sixty days in which to take an appeal to this court. This court not having acquired jurisdiction, the purported appeal is hereby dismissed and the cause remanded to the county court of Oklahoma county with direction to enforce its judgment and sentence therein. Mandate to issue forthwith.

---

W. C. CUNNINGHAM v. STATE.
No. A-777. Opinion Filed April 18, 1912.
Appeal from Blaine County Court;
George W. Ferguson, Judge.

W. C. Cunningham was convicted of violating the prohibitory law, and appeals. Affirmed.

Johnson & Wishard, for plaintiff in error.

Smith C. Matson and E. G. Spilman, Asst. Attys. Gen., for the State.

PER CURIAM. Plaintiff in error, W. C. Cunningham, was convicted in the county court of Blaine county at the January, 1910, term, on a charge of maintaining a place wherein intoxicating liquors were sold contrary to law, and on the 3rd day of February, thereafter, adjudged to pay a fine of five hundred dollars and be imprisoned in the county jail for a period of six months. After a careful consideration of the record in this case we are of the opinion that the judgment of the trial court should be affirmed. The judgment is affirmed with direction to the county court of Blaine county to execute the same.